IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEANNA RENTERIA,

    Plaintiff,

v.        No. 2:22-cv-812 KG/KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CHAVEZ,

    Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on April 26, 2023. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by each party to any other party, with responses due thirty (30) days after service.

(b) Maximum of thirty (30) requests for admission by each party to any other party, with responses due thirty (30) days after service.

(c) Maximum of five (5) depositions per party, exclusive of experts and parties. Each deposition shall be one (1) day of seven (7) hours for each party witness, and one (1) day of four (4) hours for any other witness, unless extended by agreement of the parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings pursuant to Federal Rule of Civil Procedure 15: **May 12, 2023**;

(b) Deadline for Plaintiff to join additional parties pursuant to Federal Rule of Civil Procedure 15: **June 9, 2023**;

(c) Deadline for Defendant to amend pleadings pursuant to Federal Rule of Civil Procedure 15: **June 14, 2023**;

(d) Deadline for Defendant to join additional parties pursuant to Federal Rule of Civil Procedure 15: **July 10, 2023**

(e) Deadline for Plaintiff's expert reports: **September 11, 2023**;

(f) Deadline for Defendants' expert reports: **October 11, 2023**;

(g) Termination of discovery: **December 15, 2023**;

(h) Deadline for supplementing discovery/disclosures: Due thirty (30) days prior to discovery closure;

(i) Motions relating to discovery: **January 4, 2024**;

(j) All other motions:[1] **January 15, 2024**;

(k) Pretrial order: To be set by the presiding judge.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery deadline.  A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline.  The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery.  The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE