IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEANNA RENTERIA,

    Plaintiff,

vs.                                                  No. 2:22-cv-00812-KG-KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CHAVES,

    Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHAVES

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice Plaintiff's claims against Defendant Board of County Commissioners of the County of Chaves filed by Plaintiff. The Court having considered the Motion, having been advised that this matter has been settled between the parties, and being further advised that no disputes remain between them requiring resolution by this Court, FINDS that it has jurisdiction of the parties and of the subject matter of this case, and that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Complaint filed by Plaintiff against Defendant Board of County Commissioners of the County of Chaves and all claims that have been or might have been brought in this case on his behalf, are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ Bree Barnett*
BRANDON HUSS
DAVID ROMAN
BREE BARNETT
444 Galisteo St.
Santa Fe, NM 87501
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
bbarnett@nmcounties.org
*Attorneys for County Defendant*

THE JOECKEL LAW OFFICE

*/s/ Approved 09/12/2023*
David Joeckel
500 Marquette Ave NW, Ste 1200
Albuquerque, NM 87102
dbj@joeckellaw.com
(505) 503-4800
*Attorney for Plaintiff*